IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| ALMA T. McBROOM, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CASE NO. 2:06-cv-767-MEF | |
| | ) | | |
| JOHN E. POTTER, Postmaster General | ) | | |
| United States Postal Service, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 30th day of August, 2006.

                                                       /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE