# THIS ORDER IS HEREBY STRICKEN FROM THE RECORD. IT WAS DOCKETED IN THIS CASE IN ERROR.