| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jessica Moore_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JESSICA MOORE   C. Date of Delivery 9/12/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>MS. LEURA GARRETT CANARY<br>U.S. ATTORNEY<br>ONE COURT SQUARE<br>MONTGOMERY, AL 36104<br><br>McBroom vs Potter et al | 2:06CV767-MEF<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0005 2887 5991 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |