| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Vanessa Gordon* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>*Vanessa Gordon* | C. Date of Delivery<br>SEP 1 2 2006 |
| 1. Article Addressed to:<br><br>MS. VANESSA GORDON<br>USPS<br>6701 WINSTON BLOUNT BLVD.<br>MONTGOMERY, AL 36119-2500<br><br>*McBroom v. Potter et.al.* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*2:06cv767-MEF* | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 8696 2334 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |