**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NATIONAL POSTAL MAIL HANDLERS UNION
   C/O JOHN F. HEGARTY, NAT. PRES.
   1101 CONNECTICUTT AVE., NW
   WASHINGTON, D.C. 20036

   McBroom vs Potter et al

2. Article Number
   (Transfer from service label)

   7006 0100 0005 2887 5977

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
   Gloria Scott                          Sept 14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06cv767-MEF

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Gloria Scott    9/8/14 |
| 1. Article Addressed to:<br><br>NATIONAL POSTAL MAIL HANDLERS UNION<br>C/O JOHN F. HEGARTY, NAT. PRES.<br>1101 CONNECTICUTT AVE., NW<br>WASHINGTON, D.C. 20036<br><br>McBroom vs Potter et al | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08cv716-MEF<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0005 2887 5977 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |