**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MS. ALFREDA WINSTON
   USPS
   6701 WINSTON BLOUNT BLVD.
   MONTGOMERY, AL 36119-2500

   *McBroom vs Potter, et al*

2. Article Number
   (Transfer from service label)

   7006 0100 0005 2887 5946

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   Jean Marie Shaw
   X Jean Marie Shaw
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Jean Marie Shaw              09-18-06

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below:  ☐ No

   575 Olympic Drive
   Athens GA 30601-9985
   2:06cv767-MEF

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes