**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. ALBERTO R. GONZALES
U.S. ATTORNEY GENERAL
950 PENNSYLVANNIA AVE., NW
WASHINGTON, D.C. 20530-001

McBroom vs Potter et al

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   SEP 13 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06CV767-MEF

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0005 2887 5984

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540