IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALMA T. McBROOM,

    Plaintiff,

v.                                                                                 Civil Action No.: 2:06 CV767-MEF

JOHN E. POTTER, POSTMASTER
GENERAL UNITED STATES POSTAL
SERVICE; AMERICAN POSTAL WORKERS
UNION, AFL-CIO; THE MONTGOMERY
ALABAMA AREA LOCAL ALABAMA POSTAL
WORKERS UNION , AFL-CIO; and
VANESSA GORDON.

                                                              Defendants.

AMENDMENT TO COMPLAINT

Comes now Plaintiff and amends her complaint as follows:

1. In the caption, "NATIONAL POSTAL MAIL HANDLERS UNION; is deleted and in lieu thereof the following is inserted, AMERICAN POSTAL WORKERS UNION, AFL-CIO;.

2. In paragraph 4. the term "National Postal Mail Handlers Union (hereinafter referred to as "NPMHU") is deleted and in lieu thereof "American Postal Workers Union, AFL-CIO (hereinafter referred to as "APWU") is inserted.

Further in paragraph 4. after the word "of" the term "NPMHU . "NPNHU" is deleted and in lieu thereof "APWU. APWU" is inserted.

3. On the last page of the complaint after the word DEFENDANTS, the term "NPMHU" is deleted and in lieu thereof "APWU" is inserted.

3. In paragraph 12. after "the", the term "NPMHU" is deleted and in lieu, thereof "APWU" is inserted.

4. In paragraph 13. after "the", the term "NPMHU" is deleted and in lieu thereof, "APWU" is inserted.

Respectively submitted this the 27th day of September 2006

*/s/ Alma T. McBroom*
ALMA T. McBROOM
921 Hugh Street
Montgomery, Alabama 36108
334-832-9110

CERTIFICATE OF SERVICE

I Alma T. McBroom hereby certify that I have served a copy of the foregoing on all parties of interest in this cause by mailing the same to them via United States Mail postage prepaid and properly addressed on this the 27th day of September 2006.

*/s/ Alma T. McBroom*
Alma T. McBroom