| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J. Sulz_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): L. Sus   C. Date of Delivery: 9/28/06 |
| 1. Article Addressed to:<br><br>MR. JOHN E. POTTER<br>POSTMASTER GENERAL US 475<br>L'ENFANT PLAZA, SW RM 10022<br>WASHINGTON, D.C. 20060<br><br>McBroom Vs. Potter et al | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV767-MEF<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 0100 0005 2887 5953 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540