IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | ) CIVIL ACTION NO.: **2:06-CV-767-F** |
| | ) |
| John E. Potter, et al., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE RESPOND**

COMES NOW defendant, John E. Potter, Postmaster General, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that his time to answer or otherwise respond to the complaint be enlarged for a period of 14 days, to and including, November 27, 2006, and as grounds therefore states as follows:

    1.    The complaint in this matter was filed on or about August 25, 2006, and served upon the United States Attorney for the Middle District of Alabama on or about September 12, 2006. The answer of defendant Potter is presently scheduled to be filed on or before November 11, 2006.

    2.    Undersigned counsel received the litigation report from the United States Postal Service on this date, November 1, 2006. However, due to the late receipt of the litigation report and other pressing matters, undersigned counsel will not have sufficient

time to review, research, prepare and file an answer or dispositive motion by the current deadline of November 11, 2006.

    3.    Plaintiff has been contacted regarding this request and has no objection to this 14-day extension.

WHEREFORE, for the reasons set forth above and for good cause shown, defendant Potter respectfully requests an enlargement of time, to and including November 27, 2006, in which to file an answer or other response.

Respectfully submitted this 1st day of November, 2006.

                LEURA G. CANARY
                United States Attorney

        By:    /s/Stephen M. Doyle
                STEPHEN M. DOYLE
                Chief, Civil Division
                Assistant United States Attorney
                Attorney for Defendant
                Post Office Box 197
                Montgomery, AL  36101-0197
                District of Columbia Bar No. 422474
                Telephone No.: (334) 223-7280
                Facsimile No.: (334) 223-7418
                **E-mail:  stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy of same, first class, postage prepaid, addressed as follows:

>Alma T. McBroom, pro se
>921 Hugh Street
>Montgomery, AL 36108

>  /s/Stephen M. Doyle
>Assistant United States Attorney