IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -8 A 10: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ALMA T. McBROOM, | * | |
|     PLAINTIFF | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:06CV767F |
| | * | |
| JOHN E. POTTER, POSTMASTER | * | |
| GENERAL UNITED STATES POSTAL | * | |
| SERVICE; NATIONAL POSTAL | * | |
| MAIL HANDLERS UNION; THE | * | |
| MONTGOMERY ALABAMA AREA | * | |
| LOCAL AMERICAN POSTAL WORKERS | * | |
| UNION, AFL-CIO; and VANESSA | * | |
| GORDON, | * | |
|     DEFENDANTS | * | |

**ANSWER**

COMES NOW Defendant, Vanessa Gordon individually and in her capacity as collective bargaining agent for Montgomery Alabama Local American Postal Workers Union AFL-CIO and in response to Plaintiffs Complaint would show the following:

1. Defendant denies all material allegations and demands strict proof thereof.

_/s/ Vanessa Gordon_
VANESSA GORDON

RESPECTFULLY SUBMITTED,

_/s/ William P. Roberts, III_
WILLIAM P. ROBERTS, III
(ROB111)

OF COUNSEL:
HOWELL, SARTO & HOWELL
P.O. BOX 681864
PRATTVILLE, AL 36068-1864
TELEPHONE: 334-365-2286

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon Alma T. McBroom, Plaintiff, by placing a copy of the foregoing in the U. S. Mail, postage pre-paid, first class, and properly addressed to her at 921 Hugh Street, Montgomery, AL 36108 on this the 7 day of November, 2006.

                                                  WILLIAM P. ROBERTS, II