IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -8 A 10: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALMA T. McBROOM,<br>    PLAINTIFF | *<br>* |
| VS. | * CIVIL ACTION NO. 2:06 CV767-F |
| JOHN E. POTTER, POSTMASTER<br>GENERAL UNITED STATES POSTAL<br>SERVICE; NATIONAL POSTAL<br>MAIL HANDLERS UNION; THE<br>MONTGOMERY ALABAMA AREA<br>LOCAL AMERICAN POSTAL WORKERS<br>UNION, AFL-CIO; and VANESSA<br>GORDON,<br>    DEFENDANTS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**ANSWER**

COMES NOW Defendant, Connie Freeman individually and in her capacity as President for Montgomery Alabama Local American Postal Workers Union AFL-CIO and in response to Plaintiffs Complaint would show the following:

1. Defendant denies all material allegations and demands strict proof thereof.

                                          /s/ Connie Freeman
                                          CONNIE FREEMAN

                                          RESPECTFULLY SUBMITTED,

                                          /s/ William P. Roberts

OF COUNSEL:                    WILLIAM P. ROBERTS, III
HOWELL, SARTO & HOWELL  (ROB111)
P.O. BOX 681864
PRATTVILLE, AL 36068-1864
TELEPHONE: 334-365-2286

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Alma T. McBroom, Plaintiff, by placing a copy of the foregoing in the U. S. Mail, postage pre-paid, first class, and properly addressed to her at 921 Hugh Street, Montgomery, AL 36108 on this the 7 day of November, 2006.

_____
WILLIAM P. ROBERTS, II