UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 2:06-CV-767-MEF-SRW |
| JOHN E. POTTER, et al., | ) |
|        Defendants. | ) |

## MOTION FOR LEAVE TO PERMIT
## ANTON HAJJAR TO APPEAR PRO HAC VICE

The defendant American Postal Workers Union, AFL-CIO, pursuant to Local Rule 83.1(b) moves the Court for leave to permit Anton Hajjar of the firm O'Donnell, Schwartz & Anderson, P.C. of Washington, D.C., to appear pro hac vice in this case on its behalf. In support of this Motion, the defendant submits a certificate of good standing from the United States District Court for the District of Columbia.

Dated: November 10, 2006

Respectfully submitted,

By: _____
Patrick K. Nakamura
Alabama Bar No. ASB-1814-A64P
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209
(205) 870-9989
(205) 803-4143 FAX
Nakamura@ngwlaw.com

OF COUNSEL:

Anton Hajjar
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street NW Suite 1200
Washington, DC 20005-4126
(202) 898-1707
(202) 429-8928 FAX
ahajjar@odsalaw.com

## Certificate of Service

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy of the same, first class, postage prepaid, addressed as follows:

> Alma T. McBroom
> Pro Se
> 921 Hugh Street
> Montgomery, AL 36108

Dated: Nov. 8, 2006

_____
Patrick K. Nakamura

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### ANTON   HAJJAR

was, on the  5th  day of  January  A.D.  1987  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  25th  day of  September   A.D. 2006.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk