UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06-CV-767-MEF-SRW |
| JOHN E. POTTER, et al., | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO PERMIT
## ANTON HAJJAR TO APPEAR PRO HAC VICE

The defendant American Postal Workers Union, AFL-CIO, pursuant to Local Rule 83.1(b) moves the Court for leave to permit Anton Hajjar of the firm O'Donnell, Schwartz & Anderson, P.C. of Washington, D.C., to appear pro hac vice in this case on its behalf. In support of this Motion, the defendant submits a certificate of good standing from the United States District Court for the District of Columbia.

Dated: November 10, 2006

Respectfully submitted,

By: _____
Patrick K. Nakamura
Alabama Bar No. ASB-1814-A64P
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209
(205) 870-9989
(205) 803-4143 FAX
Nakamura@ngwlaw.com

**MOTION GRANTED**

THIS 16TH DAY OF November, 2006

_____
UNITED STATES MAGISTRATE JUDGE