IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALMA T. MCBROOM,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        CIVIL ACTION NO. 2:06cv767-MEF
                                    )
JOHN E. POTTER, POSTMASTER          )
GENERAL,                            )
                                    )
            Defendant.              )

## ORDER

Upon consideration of defendant's motion to dismiss (Doc. # 24), filed November 27, 2006, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before December 12, 2006.

DONE, this 29th day of November, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE