| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Davis  C. Date of Delivery 12-07-06 |
| 1. Article Addressed to:<br>Montg. AL Area Local<br>Alabama Postal Worker Union, AFL-CIO<br>c/o Connie Freeman, President<br>147 E. Main Street<br>Prattville, AL 36067 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:06cv767-MEF |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1820 0002 3461 7439 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540