IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv767-MEF |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on January 9, 2007 at 8:30 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE