| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carlos McBroom*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) *Carlos McBroom*  C. Date of Delivery 12-20-06 |
| 1. Article Addressed to:<br><br>Alma T. McBroom<br>921 Hugh St.<br>Montgomery, AL 36108<br><br>2:06CV767 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>(30) PER<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0002 8193 0258 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540