IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALMA T. MCBROOM, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:06cv767-MEF(WO)
)
JOHN E. POTTER, Postmaster General, )
United States Postal Service, et al., )
)
    Defendants. )
)

RECEIVED
2007 JAN -4 P 3: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## AMENDMENT TO PLAINTIFF'S OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

Comes now the plaintiff and amends paragraph 4 in her objection to the recommendation of the Magistrate Judge as follows:

Plaintiff was absent from work at the postal service because she was being treated by her medical doctor for the job-related injury. Plaintiff's medical doctor provided proof to the service that she was being treated for the injury, however, the service made it appear that plaintiff's absence was unexcused and did not communicate with plaintiff's medical doctor regarding my treatment. The service terminated plaintiff's employment. Because of this fact it appears on plaintiff's record that's he was terminated for cause. Plaintiff would desire that the termination be removed and the record changed to reflect that she was separated form the service because of a medical disability.

                                                *Alma J. McBroom*
                                              ALMA T. McBROOM
                                              921 Hugh Street
                                              Montgomery, Alabama 36108
                                              334-832-9110


SCANNED
KH 1/4/07

## CERTIFICATE OF SERVICE

I Alma T. McBroom hereby certify that I have served a copy of the foregoing on all parties of interest in this cause by mailing the same to them via United States Mail postage prepaid and properly addressed on this the 4th day of January 2007.

Alma T. McBroom