IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA T. MCBROOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv767-MEF |
| | ) | |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For good cause, it is hereby

ORDERED that the above-referenced case be re-set for a scheduling conference on

February 1, 2007 at 3:45 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States

Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 12th day of January, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE