MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE         AT MONTGOMERY, ALABAMA

DATE COMMENCED:    February 1, 2007         3:47 p.m.
DATE COMPLETED:    February 1, 2007         3:57 p.m.

2:06-cv-00767-MEF-SRW McBroom v. Potter et al (MAG+)

PRO SE Alma T. McBroom (Plaintiff)

Stephen Michael Doyle representing John E. Potter (Defendant)

William Post Roberts, II representing Vanessa Gordon and The Montgomery Alabama Area
    Local Alabama Postal Workers Union, AFL-CIO (Defendant)

Jennifer Ku (by phone) representing American Postal Workers Union, AFL-CIO (Defendant)

## COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

## PROCEEDINGS:

## SCHEDULING CONFERENCE

3:47 p.m.    Court convenes.

Plaintiff states she is seeking counsel.

Court directs plaintiff if counsel retained he/she needs to file notice of appearance with the court.

Court discussions regarding scheduling of this case and explanations to plaintiff each deadlines to be set out in Scheduling Order and that written Order will follow:

    Dispositive motions due April 30, 2007

    Motions to amend due February 28, 2007

    All discovery completed by June 6, 2007

    Face to face settlement conference within 14 days after dispositive motions are due

    Any objections to deadlines to be filed within 14 days from the date of the Scheduling Order

|  |  |
|---|---|
|  | Mr. Doyle ask for clarification of status of motion to amend and January 4 amendment to objections to report & recommendation. |
|  | Court states that plaintiff's objections were construed in part as motion for leave to amend complaint. |
|  | Plaintiff states she does want to file an amended complaint. |
|  | Court states plaintiff needs to file motion for leave to amend complaint and the amended complaint. |
|  | Court directs plaintiff to file motion for leave to amend complaint & amended complaint by February 7, 2007. |
|  | Court states defendants can file motion for additional time to respond as necessary. |
| 3:57 p.m. | Court recessed. |