**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| _____ ) | |
| ALMA T. MCBROOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-767-MEF-SRW |
| ) | |
| JOHN E. POTTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION FOR LEAVE TO PERMIT**
**BRENDA C. ZWACK TO APPEAR PRO HAC VICE**

The defendant American Postal Workers Union, AFL-CIO, pursuant to Local Rule 83.1(b),

moves the Court for leave to permit Brenda C. Zwack of the firm O'Donnell, Schwartz & Anderson,

P.C., of Washington, D.C., to appear pro hac vice in this case on its behalf. In support of this Motion,

the defendant submits a certificate of good standing from the United States District Court for the

District of Columbia.

Dated:_____          Respectfully submitted,


By:    /s/Patrick K. Nakamura
       Alabama Bar No. ASB-1814-A64P
       NAKAMURA, QUINN & WALLS LLP
       2204 Lakeshore Drive, Suite 130
       Birmingham, AL 35209
       (205) 870-9989
       (205) 803-4143 FAX
       Nakamura@nqwlaw.com

OF COUNSEL:

Brenda C. Zwack
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005-4126
(202) 898-1707
(202) 682-9276 FAX
bzwack@odsalaw.com

## Certificate of Service

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system and mailed a copy of the same, First Class, postage prepaid,

addressed as follows:


Alma T. McBroom
Pro Se
921 Hugh Street
Montgomery, AL 36108


Dated: 2/8/07_____          /s/Patrick K. Nakamura_____
                                                Patrick K. Nakamura

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

_____

I, **NANCY M. MAYER-WHITTINGTON,**  Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

## BRENDA   C.   ZWACK

was, on the  5th  day of  April  A.D.  2004  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  30th   day of  November  A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____

**Deputy Clerk**