UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:06-CV-767-MEF-SRW |
| JOHN E. POTTER, et al., ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO PERMIT
## BRENDA C. ZWACK TO APPEAR PRO HAC VICE

The defendant American Postal Workers Union, AFL-CIO, pursuant to Local Rule 83.1(b), moves the Court for leave to permit Brenda C. Zwack of the firm O'Donnell, Schwartz & Anderson, P.C., of Washington, D.C., to appear pro hac vice in this case on its behalf. In support of this Motion, the defendant submits a certificate of good standing from the United States District Court for the District of Columbia.

Dated:_____          Respectfully submitted,

                                        By:   /s/Patrick K. Nakamura
                                              Alabama Bar No. ASB-1814-A64P
                                              NAKAMURA, QUINN & WALLS LLP
                                              2204 Lakeshore Drive, Suite 130
**MOTION GRANTED**                            Birmingham, AL 35209
                                              (205) 870-9989
THIS 12th DAY OF February, 20 07              (205) 803-4143 FAX
                                              Nakamura@nqwlaw.com

UNITED STATES MAGISTRATE JUDGE