UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:06-CV-767-MEF-SRW |
| JOHN E. POTTER, et al., | ) |
| Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the American Postal Workers Union, AFL-CIO ("APWU"), defendant in the above-captioned matter, hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The APWU is an unincorporated labor organization and, as such, has no entities to be reported.

Dated:  March 9, 2007        Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:  /s/ Brenda Zwack
    Brenda C. Zwack (D.C. No. 482673)
    *Admitted Pro Hac Vice*
    1300 L Street, NW, Suite 1200
    Washington, DC 20005-4126
    Tel (202) 898-1707/Fax (202) 682-9276
    bzwack@odsalaw.com

Attorneys for the American Postal Workers Union, AFL-CIO

**Certificate of Service**

I hereby certify that I have this day caused the following people to be served by first class mail postage pre-paid or through the Court's electronic filing system with a copy of the foregoing Corporate/Conflict Disclosure Statement of the American Postal Workers Union, AFL-CIO:

Alma T. McBroom
921 Hugh St.
Montgomery, AL 36108

Stephen Michael Doyle
United States Attorney's Office - ALM
Middle District of Alabama
PO Box 197
Montgomery, AL 36101-0197

William Post Roberts, II
Howell, Sarto & Howell
P.O. Box 681864
147 E. Main Street
Prattville, AL 36067


Dated: March 9, 2007                    /s/ Brenda Zwack
                                        Brenda C. Zwack