IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 21  A 11: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:06CV767-MEF |
| JOHN E. POTTER, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE and MOTION FOR CONTINUANCE**

*NOTICE*

Comes now Debrorah Nicknson (ASBNo. NIC025), attorney at law who is admitted to practice before this Court and enters her notice of appearance as counsel for Alma T. McBroom, the plaintiff, and request that all correspondence be mailed to her at the address:

>2820 Fairlane Drive, A-10
>Montgomery, Alabama 36116
>334-213-1233
>fax 213-213-1234
>debnicks@bellsouth.net

**MOTION FOR CONTINUANCE**

COMES NOW Alma T McBroom, by counsel, and moves this court for a 60-day extension of the time to respond to the Motion for Summary Judgment filed by American Postal Workers Union, AFL-CIO with the said response by plaintiff due to be filed on or before March 23, 2007 on the grounds set forth below:

1. The undersigned attorney has agreed to represent the plaintiff in her action and need time to review the file and the contents therein in order to properly respond to the Motion for Summary Judgment.

2. Plaintiff was injured while she employed by the United States Postal Service and is still physically and emotionally suffering from those injuries and as noted by the attached affidavit of her physician should not at this point be engaged in any activity that will cause her stress, therefore she is unable at this time to assist the undersigned in the preparation of the response to the pending pleadings.

3. An extension of time will not cause any undue hardship or expense to the defendants in this action.

Respectfully submitted,

Deborah M. Nickson
Attorney for Plaintiff
2820 Fairlane Drive, A-10
Montgomery, Alabama 36116
334-213-1233 fax 213-213-1234
debnicks@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I have served a copy of the Notice of Appearce and Motion to Continue on all Attorneys of Record which includes Anton Hajjar, Esq., Brenda Zwack, Esq., Patricia K. Nakamura, Esq., and William Post Roberts, II, Esq., by mailing a copy of same, first class, postage prepaid, and properly addressed in the U.S. Postal Service.

Deborah M. Nickson
Attorney for Plaintiff

*Mulberry Medical*    *John A. Jernigan, M.D.*
*Associates, P.C.*                      *Joel McCloud, Jr., M.D.*
1301 *Mulberry Street*                  *Norman L. Taylor, M.D.*
*Montgomery, AL  36106*       *Internal Medicine*
(334) 265-6153                *and Endocrinology*

March 20, 2007

RE: Alma McBroom

To Whom it May Concern:

Ms. Alma McBroom is a patient in my care. She continues to receive aggressive medical, pharmacologic, and psychologic care for medical effects suffered as a result of an on the job related injury on 8/2/2003. Despite these interventions, she remains with significant and debilitating physical and emotional pains, compounded by her loss of physical and financial independence due to inability to work, and provide for her single parent household. She now suffers from hypertension, worsening headaches and chest pains in addition to overwhelming feelings of marked anxiety and suppressed anger as a result of her "wrongful termination" following her injury. These combined with her now chronic low back pain render her very physically and emotionally fragile. Her ability to see and obtain additional psychiatric care has been restricted by the Department of Labor's refusal to pay for this much needed intervention. However, I think that it is in her best interest to receive this care before proceeding with more stressful legal proceedings.

Sincerely,

Joel McCloud, M.D.
JM/mkt