IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. McBROOM, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-767-MEF |
| | ) |
| VANESSA GORDON, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this Court's Order dated August 30, 2006 referring this case to the Magistrate Judge is VACATED.

DONE this 22nd day of March, 2007.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE