IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. McBROOM, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 2:06-cv-767-MEF |
| | ) |
| VANESSA GORDON, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Continuance (Doc. #49) filed on March 21, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the defendant's motion for summary judgment which shall include a brief and any evidentiary materials on or before May 21, 2007. The defendant may file a reply brief on or before May 29, 2007.

DONE this 22nd day of March, 2007.

                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE