IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. McBROOM, | * |
|     PLAINTIFF | * |
| | |
| VS. | * CIVIL ACTION NO. 2:06 CV767-F |
| | |
| JOHN E. POTTER, POSTMASTER | * |
| GENERAL UNITED STATES POSTAL | * |
| SERVICE; NATIONAL POSTAL | * |
| MAIL HANDLERS UNION; THE | * |
| MONTGOMERY ALABAMA AREA | * |
| LOCAL AMERICAN POSTAL WORKERS | * |
| UNION, AFL-CIO; and VANESSA | * |
| GORDON, | * |
|     DEFENDANTS | * |

**CORPORATE CONFLICIT/DISCLOSURE STATEMENT**

    In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other entities reportable under provisions of the Middle District of Alabama's General Order No. 3047:

    <u>X</u> There are no entities to be reported

                       -or-

    The following entities are hereby reported:

    _____
    _____
    _____

| | |
|---|---|
| <u>3/29/07</u> | /s/ William P. Roberts, II |
| DATE | SIGNATURE OF COUNSEL |

                            COUNSEL FOR:
                            VANESSA GORDON

                            HOWELL, SARTO & HOWELL

```
                              P.O. Box 681864
                              147 E. Main St.
                              Prattville, AL 36068-1864
                              (334)365-2286
```

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by U. S. Mail, first class, postage pre-paid and through the Court's electronic filing system:

Debrorah Nicknson
2820 Fairlane Drive, A-10
Montgomery, AL 36116

Brenda C. Zwack
O'DONNELL, SCHWARTZ, & ANDERSON, P.C.
1300 L. Street NW, Suite 1200
Washington, DC 20005-4126

Patrick Nakamura
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209

Dated: March 29, 2007          /s/ William P. Roberts, II