```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF ALABAMA
              NORTHERN DIVISION
```

ALMA T. McBROOM,                      *
    PLAINTIFF                          *

VS.                                   *  CIVIL ACTION NO. 2:06 CV767-F

JOHN E. POTTER, POSTMASTER            *
GENERAL UNITED STATES POSTAL          *
SERVICE; NATIONAL POSTAL              *
MAIL HANDLERS UNION; THE              *
MONTGOMERY ALABAMA AREA               *
LOCAL AMERICAN POSTAL WORKERS         *
UNION, AFL-CIO; and VANESSA           *
GORDON,                               *
    DEFENDANTS                         *

## REQUEST FOR ADMISSIONS

COMES NOW Defendant, VANESSA GORDON by and through Counsel and request Plaintiff admit or deny the following within 30 days after service of this request.

1.  That the Local Union is not required to accompany, represent or file a grievance on your behalf pursuant to the Collective Bargaining Agreement in force at the relevant time complained of. Exhibit 1

2.  That Vanessa Gordon did in fact accompany, represent you resulting in the document described as "Mutual Agreement" Defendant's Exhibit 2

3.  That you failed to follow up or contact VANESSA GORDON after the "Mutual Agreement" was signed.

4. That you personally filed a grievance concerning

   your claim for compensation from the Postal

   Service.

5. That after December 31, 2004 you failed or refused

   to answer certified letters sent to you by your

   immediate supervisor concerning your alleged

   grievance.

6. That you in fact have not been determined to be

   totally disabled.

7. That you, in fact, could work.

3/29/07                         /s/ William P. Roberts, II
DATE                            SIGNATURE OF COUNSEL


                                COUNSEL FOR:
                                VANESSA GORDON
                                HOWELL, SARTO & HOWELL
                                P.O. Box 681864
                                147 E. Main St.
                                Prattville, AL 36068-1864
                                (334)365-2286

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by U. S. Mail, first class, postage pre-paid and through the Court's electronic filing system:

Debrorah Nicknson
2820 Fairlane Drive, A-10
Montgomery, AL 36116

Brenda C. Zwack
O'DONNELL, SCHWARTZ, & ANDERSON, P.C.
1300 L. Street NW, Suite 1200
Washington, DC 20005-4126

Patrick Nakamura
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209

Dated: March 29, 2007          /s/ William P. Roberts, II