```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

ALMA T. McBROOM,                    *
    PLAINTIFF                   *

VS.                                 * CIVIL ACTION NO. 2:06 CV767-F

JOHN E. POTTER, POSTMASTER          *
GENERAL UNITED STATES POSTAL        *
SERVICE; NATIONAL POSTAL            *
MAIL HANDLERS UNION; THE            *
MONTGOMERY ALABAMA AREA             *
LOCAL AMERICAN POSTAL WORKERS       *
UNION, AFL-CIO; and VANESSA         *
GORDON,                             *
    DEFENDANTS                  *

### CORPORATE CONFLICIT/DISCLOSURE STATEMENT

    In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other entities reportable under provisions of the Middle District of Alabama's General Order No. 3047:

    <u>X</u> There are no entities to be reported

                     -or-

    The following entities are hereby reported:

    _____
    _____
    _____

<u>3/29/07</u>                    /s/ William P. Roberts, II
DATE                         SIGNATURE OF COUNSEL


                            COUNSEL FOR:
                            THE MONTGOMERY ALABAMA AREA
                            LOCAL AMERICAN POSTAL
                            WORKERS UNION

```
                    HOWELL, SARTO & HOWELL
                    P.O. Box 681864
                    147 E. Main St.
                    Prattville, AL 36068-1864
                    (334)365-2286
```

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon the following by U. S. Mail, first class, postage pre-paid and (with the exception of Alma T. McBroom) through the Court's electronic filing system:

Debrorah Nicknson
2820 Fairlane Drive, A-10
Montgomery, AL 36116

Brenda C. Zwack
O'DONNELL, SCHWARTZ, & ANDERSON, P.C.
1300 L. Street NW, Suite 1200
Washington, DC 20005-4126

Patrick Nakamura
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209

Dated: <u>March 29, 2007</u>          <u>/s/ William P. Roberts, II</u>