```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

ALMA T. McBROOM,                     *
    PLAINTIFF                        *

VS.                                  * CIVIL ACTION NO. 2:06 CV767-F

JOHN E. POTTER, POSTMASTER           *
GENERAL UNITED STATES POSTAL         *
SERVICE; NATIONAL POSTAL             *
MAIL HANDLERS UNION; THE             *
MONTGOMERY ALABAMA AREA              *
LOCAL AMERICAN POSTAL WORKERS        *
UNION, AFL-CIO; and VANESSA          *
GORDON,                              *
    DEFENDANTS                       *

### INTERROGATORIES AND REQUEST FOR PRODUCTION

COMES NOW Defendant, CONNIE FREEMAN by and through counsel and propounds the following Discovery Request on Plaintiff:

1. State your full name, address, social security number, and date of birth.

2. Please state the full name and complete address of all treating physicians who have found, treated, and diagnosed you to be disabled as alleged in your Complaint.

3. Please state why it took you until March 30, 2006 to "discover" a grievance has allegedly not been filed by the Local Union.

4. Please state by what authority the Local Union is required to file a grievance on your behalf.

5. Please provide all jobs you have held for the last 10 years by name, complete address and reason for leaving.

6. Please state whether you have ever been convicted of a crime.

7. Please state why you have ever previously been a Plaintiff or Defendant in a lawsuit and provide the name of the case and it's Case Number along with when and where it was filed.

## REQUEST FOR PRODUCTION

1. Please provide all documents that would support your claim of total disability as alleged in your complaint.

2. Please provide all documents that support your claim that the Local Union failed to pursue a grievance on your behalf.

```
3/29/07                    /s/ William P. Roberts, II
DATE                       SIGNATURE OF COUNSEL

                           COUNSEL FOR:
                           CONNIE FREEMAN
                           HOWELL, SARTO & HOWELL
                           P.O. Box 681864
                           147 E. Main St.
                           Prattville, AL 36068-1864
                           (334)365-2286
```

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the following by U. S. Mail, first class, postage pre-paid and through the Court's electronic filing system:

Debrorah Nicknson
2820 Fairlane Drive, A-10
Montgomery, AL 36116

Brenda C. Zwack
O'DONNELL, SCHWARTZ, & ANDERSON, P.C.
1300 L. Street NW, Suite 1200
Washington, DC 20005-4126

Patrick Nakamura
NAKAMURA, QUINN & WALLS LLP
2204 Lakeshore Drive, Suite 130
Birmingham, AL 35209

Dated: March 29, 2007    /s/ William P. Roberts, II