**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2007

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   McBroom v. Potter et al

Case Number:   2:06cv00767-MEF

Referenced Pleading:   Interrogatories Propounded (55 & 59)
                       Request for Admissions (56, 57, & 60)

Docket Entry Numbers:   55, 56, 57, 59, & 60

The referenced pleadings were electronically filed on \*\*\*March 29, 2007\*\*\* in this case and are not in compliance with the local rules and/or administrative procedures of this court.

**\*\*\*\*\*\*These pleadings are discovery and are not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket. Parties should be aware that the striking of these entries does not affect their responsibilities as to the discovery process.**