IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. McBROOM, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-767-MEF |
| | ) |
| VANESSA GORDON, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion to Dismiss Without Prejudice (Doc. #63) filed on April 20, 2007, it is hereby ORDERED:

1. That the defendants shall file a brief in support of the motion which contains proper citations to legal authority for the relief requested on or before May 4, 2007.

2. The plaintiff shall file a response to the motion which shall include a brief and any evidentiary materials on or before May 14, 2007.

DONE this the 24th day of April, 2007.

                                     /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE