IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA T. MCBROOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv767-MEF |
| | ) | |
| VANESSA GORDAN, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS DEFENDANT GORDON WITHOUT PREJUDICE

COMES NOW, the Plaintiff by and through her undersigned Attorney, files her Motion to Dismiss Defendant Vanessa Gordon and as grounds therefor this movant avers the following:

1. That this movant has considered 39 USCS Sect. 1208 and other related cases and hereby moves this Court to grant her voluntary Motion to Dismiss Defendant Vanessa Gordon without prejudice.

Respectfully submitted on this the 27th day of April, 2007.

Deborah M. Nickson
Attorney for Plaintiff McBroom

OF COUNSEL:
Deborah M. Nickson
2820 Fairlane Dr. Suite A-10
Montgomery, AL 36116
334-213-1233

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Motion to Dismiss Defendant Vanessa Gordon without prejudice on all counsel of record by placing a copy of the same in the United States Mail, envelope properly address, postage prepaid on this the 27th day of April, 2007.

Anton Hajjar, Esq., & Brenda C. Zwack
O'Donnell, Schwartz & Anderson
1300 L Street, NW, Suite 1200
Washington, DC 2000-4126

William Post Roberts, II
Howell, Sarto, & Howell
147 E. Main Street
Prattville, Alabama 36067

Deborah M. Nickson
Attorney for Plaintiff McBroom