IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA T. MCBROOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv767-MEF |
| | ) | |
| | ) | |
| VANESSA GORDAN, ET AL | ) | |
| | ) | |
| Defendants. | | |

RECEIVED
2007 APR 27 P 3: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## MOTION TO CONTINUE OR SUSPEND

Come now Plaintiff Alma T. McBroom, by and through her counsel of record, and move to continue or suspend all proceedings pertaining to this case and as grounds therefore state as follows:

1. Plaintiff is being treated for physical and psychological ailments and as such is in the opinion of her treating physician unable to endure the stress of a legal proceeding at this time. (See attached)

2. A continuance or suspension of the proceeding in this action will not prejudice the defendant.

WHEREFORE, Plaintiff requests that this Court enter an Order continuing or suspending all proceeding in this cause for 120 days or until such time as her treating medical advisor releases her from his care.

Respectfully submitted on this the 27 day of April, 2007.

/s/ Deborah M.
Deborah M. Nickson,
Attorney for Plaintiff McBroom

OF COUNSEL:
Deborah M. Nickson
2820 Fairlane Dr. Suite A-10
Montgomery, AL 36116
334-213-1233

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Motion to Dismiss Defendant Vanessa Gordon without prejudice on all counsel of record by placing a copy of the same in the United States Mail, envelope properly address, postage prepaid on this the 27 day of April, 2007.

Anton Hajjar, Esq., & Brenda C. Zwack
O'Donnell, Schwartz & Anderson
1300 L Street, NW, Suite 1200
Washington, DC 2000-4126

William Post Roberts, II
Howell, Sarto, & Howell
147 E. Main Street
Prattville, Alabama 36067

Deborah M. Nickson
Attorney for Plaintiff
McBroom

**Mulberry Medical**
*Associates, P.C.*
1301 Mulberry Street
Montgomery, AL 36106
(334) 265-6153



*Internal Medicine
and Endocrinology*

*John A. Jernigan, M.D.
Joel McCloud, Jr., M.D.
Norman L. Taylor, M.D.*

April 24, 2007

RE: Ms. Alma McBroom

To Whom It May Concern;

Due to ongoing/unresolved emotional lability and secondary anxiety neurosis, Ms. Alma McBroom should not participate in any stressful legal proceedings for the next 45-60 days.

Sincerely,

Joel McCloud, M.D.
JM/mkt