```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| **ALMA T. McBROOM,** * | |
| **PLAINTIFF** * | |
| | |
| **VS.** * | **CIVIL ACTION NO. 2:06 CV767-F** |
| | |
| **JOHN E. POTTER, POSTMASTER** * | |
| **GENERAL UNITED STATES POSTAL** * | |
| **SERVICE; NATIONAL POSTAL** * | |
| **MAIL HANDLERS UNION; THE** * | |
| **MONTGOMERY ALABAMA AREA** * | |
| **LOCAL AMERICAN POSTAL WORKERS** * | |
| **UNION, AFL-CIO; and VANESSA** * | |
| **GORDON,** * | |
| **DEFENDANTS** * | |

**DEFENDANT'S MOTION FOR PRIVACY ACT PROTECTIVE ORDER**

COMES NOW the Defendant, the Montgomery Area Local Alabama Postal Workers Union, AFL-CIO (the "Local"), by and through counsel, and requests this Court to enter a Privacy Act Protective Order. In support of this Motion, Defendant states as follows:

1. This is an action by a former Postal Worker, Alma T. McBroom, against the Local alleging a breach of the Union's duty of fair representation.

2. The Local has served a subpoena upon the United States that requests it to produce Postal Service records relating to Plaintiff's employment.

3. The United States has informed counsel that some responsive documents are contained within a system of

records subject to the Privacy Act of 1974, 5 U.S.C. § 522a, and that disclosure of these records and information would be in violation of the Privacy Act unless authorized by Court Order. 5 U.S.C. § 522a(b)(11).

    Respectfully submitted this 2nd day of May 2007.

    /s/William P. Roberts, II_____
WILLIAM P. ROBERTS, II (ROB111)
Howell, Sarto & Howell
P.O. Box 681864
Prattville, AL 36068-1864
Telephone: 334-365-2286
Facsimile No.:334-365-2400
E-mail:wprII@knology.net

CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney.

    /s/William P. Roberts, II