```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

| | |
|---|---|
| **ALMA T. McBROOM,** * | |
|     **PLAINTIFF** * | |
| | |
| VS. * | CIVIL ACTION NO. 2:06 CV767-F |
| | |
| **JOHN E. POTTER, POSTMASTER** * | |
| **GENERAL UNITED STATES POSTAL** * | |
| **SERVICE; NATIONAL POSTAL** * | |
| **MAIL HANDLERS UNION; THE** * | |
| **MONTGOMERY ALABAMA AREA** * | |
| **LOCAL AMERICAN POSTAL WORKERS** * | |
| **UNION, AFL-CIO; and VANESSA** * | |
| **GORDON,** * | |
|     **DEFENDANTS** * | |

**PRIVACY ACT PROTECTIVE ORDER**

Having considered Defendant's Motion for Privacy Act Protective Order, and it appearing that disclosure of certain documents, records and information subject to the Privacy Act of 1974, 5 U.S.C. § 522a, is necessary for the litigation of the case, it is hereby,

ORDERED that pursuant to 5 U.S.C. § 522a(b)(11), the United States, its agencies and employees and all parties may file with this Court, produce in discovery, and disclose to witnesses any records, documents, or information reasonably necessary for the litigation of this case notwithstanding the fact that they are subject to the Privacy Act.  The parties will not distribute, disclose or use said records, documents, and information for any

purpose other that the preparation and litigation of this proceeding.

It is further ORDERED that the United States, its counsel, agents and employees, be and hereby are relieved of any penalties to which they might otherwise be subjected pursuant to 5 U.S.C. § 552a.

Done this the __ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE