IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. MCBROOM, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-767-MEF-SRW |
| | ) |
| VANESSA GORDON, ET AL., | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

Because counsel for Plaintiff has failed to cite any legal authority whatsoever for the relief she seeks, the Motion to Continue or Suspend (Doc. # 66) is DENIED.

DONE this the 7th day of May, 2007.

                                /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE