IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA T. McBROOM, | * | |
| | * | |
|    PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:06cv767-MEF |
| | * | |
| JOHN E. POTTER, POSTMASTER | * | |
| GENERAL UNITED STATES POSTAL | * | |
| SERVICE; NATIONAL POSTAL | * | |
| MAIL HANDLERS UNION; THE | * | |
| MONTGOMERY ALABAMA AREA | * | |
| LOCAL AMERICAN POSTAL | * | |
| WORKERS | * | |
| UNION, AFL-CIO; and VANESSA | * | |
| GORDON, | * | |
| | * | |
|    DEFENDANTS. | * | |

**PRIVACY ACT PROTECTIVE ORDER**

Upon consideration of Defendant's First Motion for Protective Order (Doc. # 67), filed May 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

It appearing that disclosure of certain documents, records and information subject to the Privacy Act of 1974, 5 U.S.C. § 522a, is necessary for the litigation of the case, it is hereby,

ORDERED that pursuant to 5 U.S.C. § 522a(b)(11), the United States, its agencies and employees and all parties may file with this Court, produce in discovery, and disclose to witnesses any records, documents, or information reasonably necessary for the litigation of this case notwithstanding the fact that they are subject to the Privacy Act. The parties will

not distribute, disclose or use said records, documents, and information for any purpose other than the preparation and litigation of this proceeding.

It is further ORDERED that the United States, its counsel, agents, and employees, be and hereby are relieved of any penalties to which they might otherwise be subjected pursuant to 5 U.S.C. § 522a.

DONE, this 9th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE