IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA T. McBROOM, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-767-MEF |
| | ) |
| VANESSA GORDON, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

Upon consideration of the defendants' Motion to Withdraw its Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. #79) filed on June 13, 2007, it is hereby

ORDERED that the motion is GRANTED and the clerk of court is directed to terminate the Motion to Dismiss, or in the alternative, for summary judgment (Doc. #41) filed on February 20, 2007.

DONE this the 18th day of June, 2007.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE