IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUL 18 P 1:57

| | |
|---|---|
| ALMA T. McBROOM,<br>    PLAINTIFF | *<br>* |
| VS. | * CIVIL ACTION NO. 2:06 CV767-F |
| JOHN E. POTTER, POSTMASTER<br>GENERAL UNITED STATES POSTAL<br>SERVICE; NATIONAL POSTAL<br>MAIL HANDLERS UNION; THE<br>MONTGOMERY ALABAMA AREA<br>LOCAL AMERICAN POSTAL WORKERS<br>UNION, AFL-CIO; and VANESSA<br>GORDON,<br>    DEFENDANTS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties by and through their respective counsel of record and having resolved all claims stipulate that all claims asserted against all remaining defendants shall be dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(ii).

Dated this the 13 day of July, 2007.

_____
WILLIAM P. ROBERTS, II
ATTORNEY FOR VANESSA
GORDON AND THE MONTGOMERY
ALABAMA AREA LOCAL
AMERICAN POSTAL WORKERS
UNION

_____
DEBORAH M. NICKSON
ATTORNEY FOR PLAINTIFF
ALMA McBROOM

OF COUNSEL:
HOWELL, SARTO & HOWELL
P.O. BOX 681864
PRATTVILLE, AL 36068-1864
TELEPHONE: 334-365-2286

OF COUNSEL:
DEBORAH M. NICKSON
2820 Fairlane Dr. Ste A-10
Montgomery, AL 36116
Telephone: 334-213-1233

_[signature]_
BRENDA ZWACK
ATTORNEY FOR AMERICAN
POSTAL WORKERS UNION
AFL-CIO ("APWU")
**OF COUNSEL:**
O'DONNELL, SCHWARTZ, &
ANDERSON, P.C.
1300 L. Street NW, Suite 1200
Washington, DC 20005-4126